ASHWORTH v. EAST TENN., VA. & GA. RAILWAY CO.

94b 715
s97 307

There was no error in granting a second new trial in this case.
March 19, 1894. Argued at the last term.          *Judgment affirmed.*

Action for damages. Before Judge HENRY. Floyd superior court. March term, 1893.

The plaintiff sued the railway company for personal injuries sustained by him by being struck at night by its engine pulling a freight-train while he was on its track. He claimed to have been upon a street or road

crossing; that the train ran against him without any signal or warning of its approach having been given; and that he was unable to see it before going upon the track, by reason of a train of freight-cars standing on a side-track next to the main line. The evidence on the material issues was directly conflicting. The first trial resulted in a verdict of $6,500 for the plaintiff, which was set aside on defendant's motion. At the second trial plaintiff had a verdict for $5,000, and he excepted to the grant of another new trial.

H. M. Wright, Nat. Harris and R. R. Harris, for plaintiff. McCutchen & Shumate and C. W. Underwood, for defendant.